IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TROYA SHANE DRIVER , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00009-TES-AGH |
| | * |
| BALDWIN STATE PRISON, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of May, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk